UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dennis W. Bruce | : | No. 16-23862-JAD |
| Debtor | : | Chapter 7 |
| Ally Financial | : | Hearing Date: 1/3/17 at 10:00 a.m. |
| Movant | : | Response Date: 12/24/16 |
| vs. | : | |
| Dennis W. Bruce | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion for Relief from Stay, Docket No. 37**

I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief filed on December 7, 2016 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than December 24, 2016.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

Date: 12/28/16         By:     /s/ Brett Solomon
                                Brett A. Solomon, Esquire
                                Pa. I.D. #83746
                                bsolomon@tuckerlaw.com
                                TUCKER ARENSBERG, P.C.
                                1500 One PPG Place
                                Pittsburgh, Pennsylvania 15222
                                412-566-1212