**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dennis W. Bruce | : | Bankruptcy No. 16-23862-JAD |
| Debtor | : | Chapter 7 |
| Ally Financial | : | Related To Doc. No. 37 |
| Movant | : | |
| vs. | : | Hearing Date: 1/3/17 at 10:00 a.m. |
| Dennis W. Bruce | : | Response Date: 12/24/16 |
| Natalie Lutz Cardiello, Trustee | : | |
| Respondents | : | |

## ORDER MODIFYING STAY

AND NOW, this ___29th___ day of ___December___, 2016, upon consideration of the Motion for Relief from Automatic Stay, filed on behalf of Ally Financial, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

Upon consideration of the evidence presented, the Court finds Movant has a valid security interest in the 2015 Ford F-150 (VIN 1FTEX1EP3FFC50030); that Movant does not have adequate protection for its interests in the said vehicle; and that Movant should be permitted to foreclose its security interest in the vehicle. It is therefore ORDERED that the Motion is granted and that the stay afforded by 11 U.S.C. Sections 362 be and hereby is modified to permit Movant to foreclose its security interest in the vehicle.

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Dennis W. Bruce
Jeffrey T. Morris, Esquire
Brett A. Solomon, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
12/29/16 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23862-JAD
Dennis W Bruce                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: ddoy             Page 1 of 1        Date Rcvd: Dec 29, 2016
                          Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2016.
db          +Dennis W Bruce,    264 Mingo Rd.,    Wexford, PA 15090-7556
cr          +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
             Pittsburgh, Pa 15222-5413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2016 at the address(es) listed below:
        Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
        dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
        David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
        draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
        Jeffrey T. Morris    on behalf of Debtor Dennis W Bruce morris@elliott-davis.com,
        jsdm4morris@juno.com
        Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
        jbluemle@weltman.com
        Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
        ncardiello@ecf.epiqsystems.com
        Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 8