WWR# 21322095

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Dennis W Bruce | ) Bankruptcy No. 16-23862-JAD |
|     Debtor | ) |
| | ) Chapter 7 |
| Ford Motor Credit Company LLC | ) |
|     Movant | ) Hearing Date & Time 1/17/2017 at 10:00 AM |
| | ) |
| v. | ) Response Deadline 01/03/2017 |
| | ) |
| Dennis W Bruce | ) |
| Natalie Lutz Cardiello, TRUSTEE | ) |
|     Respondents | ) |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 12/14/2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 01/03/2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 01/04/2017

                      By:    /s/ Keri P. Ebeck
                              Keri P. Ebeck
                              Weltman, Weinberg & Reis Co., L.P.A.
                              436 Seventh Avenue
                              Suite 2500
                              Pittsburgh, PA  15219
                              (412) 434-7955
                              PA I.D. #91298 kebeck@weltman.com