WWR # 21322095

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | **DEFAULT O/E JAD** |
| Dennis W Bruce ) | |
| ) | Bankruptcy No. 16-23862-JAD |
| Debtors ) | |
| ) | Chapter 7 |
| Ford Motor Credit Company LLC ) | |
| ) | Related To Doc. No. 45 |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Dennis W Bruce ) | |
| ) | |
| Natalie Lutz Cardieelo, TRUSTEE ) | |
| Respondents ) | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

This cause came on for hearing this ____ day of _____, 2017, in said District, upon the Motion of Ford Motor Credit Company LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Ford Motor Credit Company LLC, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2015 Ford F-750, (VIN No.: 3FRNF7C2FV12673); that the Movant has not been adequately protected; that the Debtors have no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____
Honorable Jeffery A. Deller
Chief United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 434-7955

FILED
1/9/17 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23862-JAD
Dennis W Bruce                                                        Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: llea              Page 1 of 1             Date Rcvd: Jan 09, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2017.
db              +Dennis W Bruce,    264 Mingo Rd.,    Wexford, PA 15090-7556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2017 at the address(es) listed below:
      Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
       dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
      David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
       draphael@grenenbirsic.com, mcupec@grenenbirsic.com
      James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
      Jeffrey T. Morris    on behalf of Debtor Dennis W Bruce morris@elliott-davis.com,
       jsdm4morris@juno.com
      Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
       jbluemle@weltman.com
      Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
       ncardiello@ecf.epiqsystems.com
      Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                             TOTAL: 8