UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 16-23862-JAD-7

Dennis W Bruce  Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 2, 2017 :

| | |
|---|---|
| Jeffrey T. Morris<br>Elliott & Davis PC<br>425 First Ave. First Floor<br>Pittsburgh, PA 15219 | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 |

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx73835 / 920652