# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | DENNIS W BRUCE |
| Case Number: | 16-23862-JAD    Chapter: 7 |
| Date / Time / Room: | TUESDAY, MARCH 21, 2017 10:00 AM    COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Reaffirmation Agreement Between Debtor and Creditor ACAR Lease Ltd. d/b/a GM Financial Leasing
- No Response Filed  [Due 3/14/2017]
R / M #:  65 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  NATALIE LUTZ CARDIELLO, ESQUIRE
DEBTOR:  JEFFREY T. MORRIS, ESQUIRE
CREDITOR:

## Proceedings:

☒ Motion is GRANTED    / ____ DENIED
____ Special Type Of Order:
____ CONTINUE MATTER:
        ____ For At Least _____ Days (Court To Issue Scheduling Order)
        ____ To Hearing Date Of _____ at _____ AM/PM at
            _____
        ____ To Conciliation Conference For _____ at
            _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
        ____ Evidentiary Hearing On Value And Cram-Down Interest
        ____ Complex / Pretrial Order -  NONJURY   /   JURY
        ____ Simple / Pretrial Order - NONJURY   /   JURY
        ____ Parties To Undertake Discovery - Discovery Period:  _____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

**- Order Entered 3/21/2017 Approving Reaffirmation Agreement
Entered Between Debtor and ACAR Lease Ltd.**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
3/21/17 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA