IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DENNIS W. BRUCE,  : Bankruptcy No. 16-23862-JAD
:
: Related To Doc. No. 65
:
Debtor.  : Chapter 7
―――――――――――――――――――――X

## ORDER

AND NOW, this __21st__ day of **March**, 2017, after notice and hearing (11 U.S.C. § 524(d)) regarding the Reaffirmation Agreement entered into by and between **DEBTOR** and **CREDITOR ACAR LEASING LTD. d/b/a GM FINANCIAL LEASING** and filed February 17, 2017, at Doc. No. 65;

**IT IS HEREBY ORDERED** that the above-referenced Reaffirmation Agreement be and is **APPROVED** ✓ **NOT APPROVED** ____.

_____
**JEFFERY A. DELLER**
Chief Bankruptcy Judge (WDPA)

CASE ADMINISTRATOR SHALL SERVE:
   Dennis W. Bruce
   Jeffrey T. Morris, Esquire
   ACAR Leasing Ltd.
   Natalie Lutz Cardiello, Esquire
   Office of the United States Trustee

FILED
3/21/17 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 16-23862-JAD
Dennis W Bruce                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Mar 21, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
db            +Dennis W Bruce,   264 Mingo Rd.,   Wexford, PA 15090-7556
14366569      +ACAR Leasing LTD d/b/a GM Financial Leasing,   P.O. Box 183692,   Arlington, TX 76096-3692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14366570*     +ACAR Leasing LTD d/b/a GM Financial Leasing,   P.O. Box 183692,   Arlington, TX 76096-3692
14366571*     +ACAR Leasing LTD d/b/a GM Financial Leasing,   P.O. Box 183692,   Arlington, TX 76096-3692
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey T. Morris    on behalf of Debtor Dennis W Bruce morris@elliott-davis.com,
               jsdm4morris@juno.com
              Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Natalie Lutz Cardiello     ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 8